NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RACHEL L. KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/Fax: 702.388.6418
Rachel.Kent@usdoj.gov
Attorneys for the United States

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

            MAR 06 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

BRUCE PATTERSON,

      Defendant.

Case No.   2:20-cr-00047-APG-NJK

CRIMINAL INFORMATION

COUNT 1: FAILURE TO OBTAIN A SPECIAL RECREATION PERMIT

THE UNITED STATES ATTORNEY CHARGES

COUNT ONE
(Failure to Obtain a Special Recreation Permit)

On or about November 13, 2019, within the boundaries of the Red Rock National Conservation Area in the State and Federal District of Nevada, **BRUCE PATTERSON**, defendant herein, did fail to obtain a special recreation permit to operate on public lands to wit: defendant was observed operating a commercial operation involving a hot air balloon on public lands without a special recreation permit, all in violation of 43 U.S.C. § 1733 and 43 CFR § 2932.57(1) (2).

DATED this 5th day of March, 2020.

Respectfully submitted,

NICHOLAS TRUTANICH
United States Attorney

*[signature]*

RACHEL KENT
Special Assistant United States Attorney

1