TIMOTHY R. TREFFINGER
Nevada State Bar No. 12877
2350 S Jones Blvd, D11
Las Vegas, NV 89146
702-333-5594
attorneytreffinger@gmail.com
Attorney for BRUCE PATTERSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRUCE PATTERSON,<br><br>　　　　Defendant | Case No.: 2:20-cr-00047-APG-NJK<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA**<br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Timothy Treffinger, counsel for Bruce Patterson, that the Arraignment and Plea hearing currently scheduled for March 18, 2020 at the hour of 2:30pm, be vacated and set to a date and time convenient to this court but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Defendant, Bruce Patterson, is currently experiencing medical issues and based upon the current state of events it would be prudent to continue the hearing out of an abundance of caution.

2. Bruce Patterson is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

1

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue filed herein.

Dated this 16th of March, 2020.

/S/
_____
TIMOTHY TREFFINGER
Counsel for Bruce Patterson

/S/
_____
RACHEL KENT
Special Assistant United States Attorney

//

|     |     |     |
| --- | --- | --- |
| 1   | | UNITED STATES DISTRICT COURT |
| 2   | | DISTRICT OF NEVADA |
| 3   | UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00047-APG-NJK |
| 4   | Plaintiff, | |
| 5   | | |
| 6   | vs. | |
| 7   | BRUCE PATTERSON, | |
| 8   | Defendant | |

# FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant, Bruce Patterson, is currently experiencing medical issues and based upon the current state of events it would be prudent to continue the hearing out of an abundance of caution.
2. Bruce Patterson is not incarcerated and does not object to the continuance.
3. The parties agree to the continuance.
4. The additional time requested herein is not sought for purposes of delay.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

//

## CONCLUSIONS OF LAW

The ends of justice are served by granting this continuance based upon the reasons listed above.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Secition 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS ORDERED that the Arraignment and plea hearing currently scheduled for March 18, 2020, at the hour of 2:00pm, be vacated and continued to April 22, 2020, at 2:30 p.m., in Courtroom 3A.

DATED this 17th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE