# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>v.<br>BRUCE PATTERSON,<br>    Defendant(s). | Case No.: 2:20-cr-00047-NJK<br><br>**ORDER** |

This case was set for a calendar call on June 9, 2020, and a trial on June 15, 2020. Docket No. 9.  The parties have now consented to trial before the undersigned.  Docket No. 15.  The calendar call is VACATED and the trial is ADVANCED to 9:00 a.m. on June 10, 2020.  The trial will be held in Courtroom 4B.  Trial briefs must be filed by noon on June 9, 2020.

IT IS SO ORDERED.

Dated: June 5, 2020

Nancy J. Koppe
United States Magistrate Judge