TIMOTHY R. TREFFINGER
Nevada State Bar No. 12877
2350 S Jones Blvd, D11
Las Vegas, NV 89146
702-333-5594
attorneytreffinger@gmail.com
Attorney for BRUCE PATTERSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>BRUCE PATTERSON,<br><br>             Defendant | Case No.: 2:20-cr-00047-APG-NJK<br><br>**STIPULATION TO CONTINUE TRIAL**<br>**(SECOND REQUEST)** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Timothy Treffinger, counsel for Bruce Patterson, that the Trial currently scheduled for September 10, 2020 at the hour of 9:30am, be vacated and set to a date and time convenient to this court but no sooner than sixty (60) days.

  The Stipulation is entered into for the following reasons:

  1. Defendant, Bruce Patterson, is working to having his citations consolidated between Nevada and California so that a global resolution might be reached, with the consent of the US Attorney's Office.

  2. Bruce Patterson is not incarcerated and does not object to the continuance.

  3. The parties agree to the continuance.

  4. The additional time requested herein is not sought for purposes of delay.

1

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.  The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second stipulation to continue filed herein.

Dated this 2nd of September, 2020.

/s/
TIMOTHY TREFFINGER
Counsel for Bruce Patterson

/s/
RACHEL KENT
Special Assistant United States Attorney

//

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>vs.<br>BRUCE PATTERSON,<br>          Defendant | Case No.: 2:20-cr-00047-APG-NJK |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant, Bruce Patterson, is working to having his citations consolidated between Nevada and California so that a global resolution might be reached, with the consent of the US Attorney's Office.

2. Bruce Patterson is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

//

**CONCLUSIONS OF LAW**

The ends of justice are served by granting this continuance based upon the reasons listed above.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Secition 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS ORDERED that the Trial currently scheduled for September 10, 2020, at the hour of 9:30am, is continued to November 6, 2020, at 9:30 a.m.  Trial briefs must be filed no later than November 4, 2020.

IT IS SO ORDERED.

DATED:  September 3, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE