# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>v.<br>BRUCE PATTERSON,<br>    Defendant(s). | Case No.: 2:20-cr-00047-NJK<br><br>**Order** |

The Court previously set a bench trial in this case for November 6, 2020. Docket No. 22. Due to conflicting duties of the Court, the bench trial is hereby ADVANCED to 9:30 a.m. on October 30, 2020. Trial briefs must be filed by October 28, 2020.

IT IS SO ORDERED.

Dated: September 9, 2020

                                            Nancy J. Koppe
                                            United States Magistrate Judge