# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE PATTERSON,<br><br>Defendant. | Case No.: 2:20-cr-00047-NJK<br><br>**Order**<br><br>[Docket No. 25] |

Pending before the Court is the parties' stipulation to convert the trial date of October 30, 2020, into a change of plea. Docket No. 25. The Court **GRANTS** the parties' request. The parties must submit a signed plea agreement to the Court's Courtroom Deputy, Ari Caytuero, no later than October 29, 2020, at 10:00 a.m. Further, the Court **SETS** the change of plea for October 30, 2020, at 10:00 a.m., in Courtroom 3C. Defendant and all counsel must be present in person in the courtroom for the change of plea.

IT IS SO ORDERED.

Dated: October 27, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE