CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
RACHEL KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270 / Fax: 702.388.6418
Rachel.kent@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:20-cr-00047-NJK & 9653331/ CC15 |
| Plaintiff, | |
| vs. | ORDER FOR DISMISSAL |
| BRUCE PATTERSON, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice criminal information filed on March 6, 2020. On October 30, 2020, Defendant entered into a pretrial diversion agreement. The diversion agreement required 1) the Defendant to not enter Red Rock National Conservation Area for a period of six months, 2) the defendant to not use land managed by Bureau of Land Management for commercial purposes without obtaining a valid special use permit for a period of six months and 3) for the defendant to not violate local, state or federal laws for a period of six months.

*///*

1

Defendant has complied with all required conditions. The Government moves to dismiss the criminal information as well as citation number 9653331 filed against the defendant.

DATED this 30th day of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 3rd day of May, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE